IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ANTONIO L. BASSHAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:09-0760 |
| ) | Judge Trauger |
| WAYNE L. FISHER, JR., M.P.O., ) | |
| LEOPOLDO P. LOPEZ, M.P.O., ) | |
| SGT. JEFFERY L. SANDERS, and ) | |
| METROPOLITAN GOVERNMENT OF ) | |
| NASHVILLE AND DAVIDSON COUNTY, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

The plaintiff has failed to comply with the deadline set out in the Order entered October 8, 2009. (Docket No. 6) It is therefore **ORDERED** that the Clerk shall **CLOSE** this file.

It is so **ORDERED**.

ENTER this 28th day of October 2009.

_____
ALETA A. TRAUGER
U.S. District Judge